1  MICHAEL COSENTINO, SBN 83253
   ATTORNEY AT LAW
2  P.O. Box 129
   Alameda, CA  94501
3  Telephone: (510) 523-4702

4  Attorney for Plaintiff,
   United States of America

5

6

7

8            IN THE UNITED STATES DISTRICT COURT

9         FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                SAN FRANCISCO DIVISION

11

12  **UNITED STATES OF AMERICA,**          )   NO. CV11 2015 SLM
                                           )
13                   Plaintiff,            )
                                           )   **CONSENT JUDGMENT**
14        v.                               )
                                           )
15  **CARLOS F. RODRIGUEZ, JR., aka**      )
    **CARLOS RODRIGUEZ, JR.,**             )
16                                         )
                     Defendant.            )
17  _____)

18        The above entitled Plaintiff having filed its complaint herein, and the above entitled

19  defendant having consented to the making and entry of this final judgment without trial,

20  hereby agree as follows:

21        1. This Court has jurisdiction over the subject matter of this litigation and over the

22  parties to the Consent Judgment.  The Complaint herein states a claim upon which relief

23  can be granted.   The defendant hereby acknowledges and accepts service of the

24  complaint filed herein.

25        2. In accordance with the provisions of Title 28 U.S.C. Section 636(c) the parties

26  hereby voluntarily waive their rights to proceed before a judge of the United States District

27  Court and consent to have a United States magistrate judge conduct any and all further

28  proceedings in the case, including trial, and order the entry of a final judgment.  It is

Consent Judgment; USDC Case Number _CV 11 2015 SLM; U.S. v. RODRIGUEZ Page 1

1 | understood that any appeal from a judgment entered by a magistrate judge will be taken

2 | directly to the Ninth Circuit of the United States Court of Appeals in the same manner as

3 | an appeal from any other judgment of a District Court.

4 |     3.  Judgment shall be in favor of Plaintiff, United States of America and against

5 | defendant, CARLOS F. RODRIGUEZ, JR., aka CARLOS RODRIGUEZ, JR., in the sum

6 | of $39,651.51 consisting of $28,336.17 in principal, $11,315.34 interest to May 2, 2011,

7 | CIF costs of $0.00, court costs of $0.00 and attorney's fees of $0.00, plus interest at the

8 | rate of 8.25% per annum ($6.40 per day) on principal in the amount of $28,336.17 from

9 | May 2, 2011, up to the date of entry of the within Consent Judgment, less any sums

10 | tendered toward satisfaction of the obligation during said time period.

11 |     4.  This consent judgment shall bear interest pursuant to the provisions of 28

12 | U.S.C §1961(a) at the legal rate per annum from the date of entry of judgment, which

13 | interest  will be compounded annually pursuant to the provisions of 28 U.S.C. §1961(b)

14 | until paid in full.

15 |     5.  <u>Judgment debtor is currently unable to make payments; at any time the</u>

16 | <u>judgment debtor may tender to the United States of America, a check payable to the U.S.</u>

17 | <u>Department of Justice mailed to,</u>

18 | U. S. Department of Justice<br>Nationwide Central Intake Facility

19 | P. O. Box 790363<br>St. Louis, MO 63179-0363

20 |

21 | <u>until the account is paid in full.</u>

22 |     (a) Each said payment shall be applied first to the payment of interest accrued to

23 | the date of receipt of said payment, and the balance, if any, to the principal;

24 |     (b) The judgment debtor shall submit financial data to the plaintiff as specified by

25 | plaintiff on the anniversary date of this judgment for each year this judgment remains

26 | unpaid; and

27 |     (c) Plaintiff reserves the right to evaluate the updated financial data and adjust the

28 | periodic payment rate accordingly, or to demand a lump sum payment if warranted by the

1 | judgment debtor's financial circumstances, subject to Court approval.

2 |      6.  An Abstract of Judgment shall be recorded with the Recorder's Office of the

3 | County of residence of the judgment debtor; plaintiff may also record or file similar

4 | documents elsewhere.

5 |      7.  Default under the terms of this consent judgment will entitle the United States

6 | of America to execute on this judgment without notice to the judgment debtor.

7 |      8.  The judgment debtor has the right of prepayment of this debt without penalty,

8 | and the interest charged will only be calculated to the date of final payment.

9 |      9.  In case of default, all costs incurred in recording, filing, executing, or levying

10 | on, satisfying, or otherwise servicing this judgment shall be paid by the judgment debtor.

11 | Dated: May 2, 2011

12 | By: MICHAEL COSENTINO
Attorney for Plaintiff,
United States of America

13 |

14 |

     I have read the foregoing and I understand and agree to the terms, and I

15 | sign this agreement as a free and voluntary act.

16 |

17 | Dated: _5/2/2011_

18 | CARLOS F. RODRIGUEZ, JR., aka
CARLOS RODRIGUEZ, JR.

19 | Defendant and Judgment Debtor

20 |

21 |

22 | APPROVED AND SO ORDERED THIS _5th_ DAY OF _____May_____, 2011,

23 | The Clerk of the Court is DIRECTED to close the file in this action.

24 |

25 | UNITED STATES MAGISTRATE JUDGE

26 |

27 |

28 |